# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES V. VAN HORN,**

               **Plaintiff,**

**-vs-**                                **Case No.  6:05-cv-1169-Orl-18DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

               **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 15)** |
| **FILED:** | **April 13, 2006** |
| | |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

The decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is hereby **REMANDED** to the Commissioner of Social Security for the following reasons:

> For an Administrative Law Judge ("ALJ") to schedule a supplemental hearing and submit a hypothetical question to a vocational expert to include any mental limitations identified in the residual functional capacity finding.  Plaintiff should be allowed to testify and present additional evidence.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record